IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MARLANA CASE,

        Plaintiff,

v.

                                                          Case No. 17-cv-619-wmc

ANDREW SAUL,
Commissioner of Social Security,

        Defendant.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Andrew Saul, Commissioner of Social Security against plaintiff Marlana Case affirming the Commissioner's decision and dismissing this case.

| s/ K. Frederickson, Deputy Clerk | 5/28/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |